No. D–1253. IN RE DISBARMENT OF PERRIN. It is ordered that Richard Preston Perrin, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.